JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAFIA MONTHLY \| SEAN PATTERSON<br><br>Plaintiff,<br>v.<br>TOMMY WOOTEN, II, et al.,<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV21-00946 DOC (DFMx)<br><br>ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE |

On ___June 23, 2021___, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to play the filing fee in full within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: July 28, 2021

_David O. Carter_
United States District Judge

Presented by:

_[signature]_
United States Magistrate Judge